## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Mary L. Harris

_____
Write the full name of each plaintiff.

**20 CV 2011**

(Include case number if one has been assigned)

-against-

NYC Human Resources Admin

Steven Banks, Commissioner

Joyce Roberson-Steele, Director BKlyn CASA

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

Do you want a jury trial?
☒ Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

---

2020 MAR -5 PM 2:48

SDNY PRO SE OFFICE
RECEIVED

## I.   PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Mary                          L.                    Harris
First Name            Middle Initial       Last Name

1005  Jerome  Ave  D 53
Street Address

Bronx                         New York                  10452
County, City                          State                    Zip Code

(917) 683-9226              harrismar@hra.NYC.gov
Telephone Number           Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:   NYC Human Resources Administration,
                Name  Steven Banks, Commissioner
                Address where defendant may be served
                150 Greenwich Street, 40th Flr NY, NY 10007
                County, City              State              Zip Code

Defendant 2:   _____
                Name

                _____
                Address where defendant may be served

                _____
                County, City              State              Zip Code

Page 2

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                    State                    Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Brooklyn CASA under Human Resource Admin NYC

Name

Home Care Services

Address

88 Third Ave. 3rd flr BKlyn NY 11212

County, City                    State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐  race: _____

☐  color: _____

☐  religion: _____

☒  sex: written up for allegation that I do not wear a bra to work

☐  national origin: _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _1950_

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: heat exhaustion disease and knee problem

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: heat exhaustion cannot be without air conditioning also depression

☒ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for arthritic knee high blood pressu employment discrimination on the basis of leave for qualified medical or family reasons I missed a meeting due to knee problem and exhaustion

was mentioned in a write up from my director in 2017

**B. Other Claims**

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):

I was under EAP Employee Assistance twice in 6/2017 + Dec 2017 still when served with disciplinary charges in Nov 2017

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐ did not hire me

☐ terminated my employment

☐ did not promote me

☐ did not accommodate my disability

☐ provided me with terms and conditions of employment different from those of similar employees

☒ retaliated against me *with False disciplinary charges*

☒ harassed me or created a hostile work environment

☒ other (specify): *demoted unjustly, I came under close scrutiny by director due to trying to correct code of conduct violations by subordinates, favored employees doubled demotion to force me to retire with less salary + pension*

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you. *no warnings*

*My director continually wrote me up from 2011-2019 without truth any truths, failed to move me to a well ventilated area even when notified of my heat exhaustion medical note, failed to correct hostile behavior by subordinates/coworkers even when notified by Officer Thomas in 2017 that offending worker near me who threatened me should be relocated, my desk + file cabinet were vandalized, etc see attachment complaint tried to correct, reported illegal food sales, etc to Inspector General*

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? _____

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    2nd notice Mailed 12-6-19  |  1st Notice Oct 2017

When did you receive the Notice?    12-10-19  |  Oct 2017

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☒ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☒ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

Pain + suffering from public humiliation at supervisory meetings, sharing criticism of me with co workers in emails, etc which made my job harder, dir Robeson-Steele purposely removed subordinates from me, claiming incompetence on my part, gave me difficult problematic employees from other supervisors, I was expected to resolve traditional resistant behavior + employee medical problems which impacted their work.

Page 6

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| March 5, 2020 | Mary Harris |
| Dated | Plaintiff's Signature |
| Mary | L | Harris |
| First Name | Middle Initial | Last Name |
| 1005 Jerome Avenue D53 | |
| Street Address | |
| Bronx | NY | 10452 |
| County, City | State | Zip Code |
| (917) 683-9226 | harris mar@hra.nyc.gov |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☑ No

> If you do consent to receive documents electronically, submit the completed form with your
> complaint. If you do not consent, please do not attach the form.

(11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

J:  **Mary Harris**
**1005 Jerome Ave, Apt D53**
**Bronx, NY 10452**

From:  **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2019-04674** | **Melita R. Fogle,**<br>**Investigator** | **(929) 506-5274** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Kevin J. Berry_ (signature)

**Kevin J. Berry,**
**District Director**

12/06/2019
*(Date Mailed)*

Enclosures(s)

cc:  **Paul Ligresti, Associate General Counsel**
**Office of Legal Affairs, Employment Law**
**New York City Human Resources Administration**
**150 Greenwich Street, 38th FL**
**New York, NY 10007**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**520-2019-04674** |
|---|---|---|

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Mary Harris** | Home Phone *(Incl. Area Code)*<br>**(917) 683-9226** | Date of Birth<br>**5-20-50** |
|---|---|---|

| Street Address<br>**1005 Jerome Ave, Apt D53, Bronx, NY 10452** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**NEW YORK CITY HUMAN RESOURCES ADMINISTRATION** | No. Employees, Members<br>**200+** | Phone No. *(Include Area Code)*<br>**(929) 221-7315** |
|---|---|---|

| Street Address<br>**150 Greenwich Street, New York, NY 10007** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **2017**    Latest **06/24/2019**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I work for the Human Resources Administration and was recently demoted from Supervisor III to Supervisor I, on what I believe are, trumped up disciplinary charges. I believe these charges to be pretextual for getting me to leave the agency because I am close to retirement age. The intense scrutiny I am under leads me to believe that I am being discriminated against in violation of the Age Discrimination in Employment Act.

AGE CHARGE: An inquiry was made by my director, Joyce Roberson-Steele, more than once in 2017 as to why I am not retiring since I have the age, I explained my responsibilities, rationale for not retiring. I can recall former trainer for CASA, Miss Scott, who appears to be a close colleague of CASA director, loudly embarrassed me at dept of homeless training to advise that she had heard that I was not retiring, that it is people like me who are blocking her from getting a position in CASA

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **7-26-19**                    Mary Harris<br>*Date*              *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2019-04674 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

because she wants a spot in CASA field office, tired of training, that I should retire so she can get a spot in Brooklyn CASA.

AGE CHARGE: disciplinary charges to make me retire are completely false   The decision by the oath judge Casey was that I be demoted one level to sup II, however, Human Resources Admin, has opted to demote me two levels, to supervisor I, in order to force my retirement. I am insisting and am adamant that the charges/allegations against me are without merit, vastly untrue.The adm oath hearing/trial decision, was just a reflection of what the HRA admin wants/needs to cut the staff, as the caseload in home care, CASA has dropped dramatically, due to the new York state governors medicaid redesign, not as much staff is needed, my director made a statement in that we are top heavy with supervisors at a supervisory meeting in 2018, looking in my direction, although shortly thereafter a new younger supervisor was brought in March 2019 approximately.

 I never committed any fraud, had no need to forge an md note!  A medical document was not necessary for the day 11-22-16 I was out due to knee pain.  According to the disciplinary, the city attorney stated that I knew that it was necessary for me to work the day before and the  day after thanksgiving, however, the date I was out 11-22-16 was two days before, thanksgiving.  I requested the note from city med to cover 11-22-16 but the main purpose was really to obtain an updated description of my knee issue as I stated to the clerical staff at City Med, so that I could request an accommodation for a closer work location as I stated in the email to my director, Joyce Roberson-Steele when I sent the note to her.  I am not crazy enough to send a fraudulent note into personnel, knowing that management was watching me.   When given the note on 11-23-16 by clerical staff at city Med, I did not question it, took it and was advised to return for a referral to the surgeon. I had the md note scanned in an email and  forwarded the email to my director because she was out, not on the premises and needed to approve the week in citytime. Shortly thereafter, I spoke with her regarding the main reason for the note, an accommodation because I knew that I would need the location head's support to start the process.  She was quite non committal so I left the issue alone and continued to work at 88 Third Ave in Bklyn, although I reside in the Bronx, uninformed that there was an issue with the md note for 11-22-16 where the exam date was changed and initialed by someone. THE CITY ATTORNEY DID NOT REQUEST ANY CLERICAL STAFF FROM CITY MED TO TESTIFY AS WHETHER THEY GAVE ME THE NOTE OR WHO INITIALED THE EXAM DATE.  I HAVE BEEN A SUPERVISOR III FOR OVER 15 YRS AND I WAS TRAINED TO AND WE ACCEPT MEDICAL FORMS UNDER THE STATE REGULATIONS, IF AN EXAM DATE HAS BEEN CHANGED AS LONG AS IT IS INITIALED. *The appeal judge on 2-13-20 asked same question where is clerical staff testimony*
I have been a supervisor III for 15 yrs in home care, I was trained that the state regulations allow

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **7-26-19**<br>_____     _____<br>Date                            Charging Party Signature<br>Mary Harris | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 520-2019-04674 |

| **New York State Division Of Human Rights** | and EEOC |
|---|---|
| State or local Agency, if any | |

CASA to accept medical forms with changed exam dates on medical forms as long as they are initialed. I could submit a sample, however, I would violate the HIPPA act to do so.

My work log shows the inundation of work flow that was coming to me. If I had been notified timely about any issue with the md note as I sometimes had to do with subordinate staff, I could have had the md note for 11-22-16 corrected, however, it served the CASA director.s purpose to have me up on disciplinary charges, she was not working in good faith with me, was looking for any issue to meet disciplinary protocol, to force me out  I HAVE THE GOOD SENSE NOT TO COMMIT FRAUD, I was given that note by staff at City Med, who advised in court that they have 109 offices in the five boros.  The timeline of 90 days had passed when I was notified by special investigations that there was an issue with the note, on 2-8-17, same date that I returned to City Med to be told that 90 days deadline had passed, too late to get correction, so I went to my primary physician who diagnosed me with arithtis in 1991 approximately, got a note to cover me for 11-22-16.  I only went to City Med because of my limited mobility,medical office near my work location inBklyn, while my primary physician office is in Manhattan, I could barely walk with my knee blowing up.THE CITY ATTORNEY DID NOT SUBPOENA THE CLERICAL STAFF/FRONT DESK STAFF AT CITY MED WHOM I ADVISED THE COURT/JUDGE CASEY, THAT THEY GAVE ME THE NOTE PER MY REQUEST ON 11-23-16.  THEY WANT IT TO APPEAR THAT I COMMITTED FRAUD SINCE THE DOCTOR WHO WAS REALLY A PHYSICAINS ASSISTANCE STATED THAT HE WAS NOT IN ON 11-22-16, neither was I, I ATTENDED CITY MED ON  11-23-16 FOR THE PREVIOUS DAY, worked the day before and the day after thanksgiving, do not have any time and leave problems. That date of 11-22-16 was approved by my director and still remains in approved status..

RETALIATION CHARGE My director also lied at the trial advising that she had been my director for five yrs, before the disciplinary was filed, when she was my director for only three years when the disciplinary was started against me in 2017, she became my director in 2014 per documentation. In May

Regarding the missed deadline disciplinary charge , it was the first time she had given me the death matches, was new at it, just learning, she was not on the premises, she indicated that I did not request a ticket number for a problem with my pc, which is quite untrue.  I did request assistance with my pc issue, she referred me in an email to CASA staff, in clerical section, there was only one clerical staff that day who was able to witness my pc malfunctioning, named Debbie Lesane, she submitted a written statement to verify that she witnessed the problem, however, that was ignored ,CASA director was not on the premises.I DID NOT HAVE A SUPERVISOR II TO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **7-26-19**      Mary Harris <br> Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br><br>520-2019-04674 |
|---|---|---|

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

ASSIST ME AS BOTH MY PEER SUPERVISOR IIIs HAD.

It also appears that since I am retirement age,director was continually not working in good faith with me, as she was with other, younger staff,  she chose to bring me up on disciplinary changes, and left the younger worker/s who were blatantly selling merchandise without any disciplinary charges. Other staff who are selling Mary Kay cosmetics, clocking in at two places, leaving the site unauthorized, are seemingly exempt from any disciplinary measures. The case manager chef, admitted at the oath hearing that he was selling food as well as telling my coworkers that I drink liquor on the job and had offered him some alcohol, which was pure fabrication. My understanding is that he was fired previously for violations of the code of conduct. He nor any of the other infractors are experiencing any disciplinary charges by this director, all are younger than I

Charge of discrimination:RETALIATION My director rained on me with continual, unwarranted write-ups, from 2016 to 2018 with no warnings whatsoever, when there was no serious issues with my work performance prior to my reporting code of conduct violations at the site which included staff operating a private business on a city site, a case manager union reps who was a chef, as well as the CASA director had 2-3 supervisor Is operating a fulkly stocked canteen which caused the location to have a favorites of director, component.  Upon reporting it to my director, she responded that she does not have to buy food from this worker/chef, that he gives her food, which left me no choice but to report it because in February 2017, he was assigned to my area.  He had at least three commissioner cases which had to be reassigned from him per the director because of his lack of adequate attention to them and not inputting adequate notes.  Subordinate staff were getting a mixed message, that they did not have to comply with personnel rules and regs because the director, herself was not complying, so it was diificult to get professional behavior from some that was inside of the code of conduct.

 SEX CHARGE/RETALIATION DISCRIMINATION:  In April 2017, I was documented for the allegation of not wearing a bra to work, seven months before the disciplinary filing in November 2017..At the conference with the director, Joyce Roberson-Steele and the executive director of field operations, Nilsa Lopez in early April 2017, regarding this braless allegation, I offered to have them step into the ladies room so they could see whether I was wearing a bra or not, they both declined to do so.I was not afforded the opportunity/time to get a union representative at that meeting.

CASA director advised me in writing  in 2017 that she did not know where I was, was not reporting to work timely, she claimed, that I would have to send her an email every morning upon my arrival since Supervisor IIIs do not clock in, I did so until she was convinced that I was on the premises

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **7-26-19**          Mary Harris<br><br>*Date*         *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2019-04674 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

timely.  My peer coworkers were not having to do this, just me only.

Case manager and supervisor, were seemingly orchestrated to file written false reports that I was drinking alcohol on the job, at least a year prior, did not find it necessary to put it in writing until shortly before the disciplinary charges were filed.

Director claimed I was sleeping on the job on 6-2-17, there is a plethora of emails and paperwork by me on that date to disprove that allegation, judge claimed there was only a few documents, she continued this pattern of fabrications.

Per the training, staff received on line, I had no choice but to report violations at the location to the inspector general in late 2016 and again near the end of 2017 when the selling activity did not stop. Additionally, the director herself was supervising two-three supervisors who were operating a fully stocked canteen on the location, which served to create favorites, an "in crowd", so to speak, and sent a mixed message to staff regarding operating a private business on the site.  I was continually directed to perform tasks that were below my title,case manager and supervisor I, which I followed through on.

I was continually blocked during 2017 to 2019 from seeing the director in her office by her secretary, so I had to resort to multiple emails  with questions/notifications especially since I served as the Adult Protective Services liaison, while others were allowed to walk in freely.

CASA director indicated that I cannot get along with anyone,and that is why she took teams away from me.  That statement is quite untrue as with the assignment of special projects and assignment as the Adult Protective Services liaison, along with undercare teams. I communicate with the majority of staff professionally in order to make the needed referrals to APS, I was not given a supervisor II as both my peer supervisor IIIs had a supervisor II to assist them.  I have covered the liability of the agency countless times.

CASA director claimed that I caused the Concepts case project to be late, in one of the disciplinary charges, yet contracts sent an email stating that Bklyn CASA did an excellent job with the transfer of Concepts cases.  If I was the reason for the lateness of the concepts transfer cases, why then did the director assign me the MZL transfer project to coordinate by myself  shortly thereafterwhich required consultations and follow up with the majority of staff that I get along with.  I was also asked by the director to move up to the 4th floor at CASA to provide adequate supervisory presence, yet since I reported wrong doing, I cannot do complete any task adequately or get along with anyone

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **7-26-19**<br>*Date*                 Mary Harris<br>*Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 520-2019-04674 |

| **New York State Division Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

according to her.

When one of the case managers retired in 2018 I was continually requested to cover her work which I did.
When I was asked on a regular basis to cover the office manager, Sabrina Edwards who has stated plans to retire, who was not in my title services, I was written up when her staff did not follow the directors written directive in 2018.   When clerical staff did not comply with written directive from the location director, I was written up although, I could not really supervise them per their local rep of 1549/1188. I was held accountable for their actions in a write up, I complaied to my director's superiors in an email, requested write up to be withdrawn, no response.

I was removed in July 2017 from undercare team supervision due to what I director claimed in a write up was my creating oppressive work atmosphere, however, my directors lack of assistance with behavior issues by her in crowd such as , a male subordinate supervisor I, called me a man with two balls, and another III cursed profusely on a regular basis, as well as interfered/countermanded directive I gave to my assigned staff who he had supervised previously and was engaging in player hating., director took no action to resolve, when informed . Both Mr. Powell and Mr. Block indicated their displeasure with me in front of the director because they felt I should have never addressed the issue of dinner selling by a prominent case manager/union delegate on the local 371 board, very popular guy.  There were times when my director, joined in with public humiliation of me, and shared written criticism of me with my peer Supervisor IIIs and subordinates.  I was not given any warnings before being written up, it was raining write ups after I reported violations of the code of conduct at the job site, even though I have received at least 3 e cards for excellence, and last evaluation  of 2015 had some outstanding category.I was not given ample time to get union representative from central union, as the union delegate on the premises , who also sits on the executive board of the local was the one selling dinners,, and leading a lynch mob against me.  It was truly a nigfhtmare working there.  I have suffered enough.

No evaluations of my work have been shared with me since the last eval in 2015 which limited amy ability to transfer out as well as apply for any educational enhancements.

My desk and file were burglarized in 2017, WITH A NOTE WHICH STATED CLEAN UP YOUR SHIT also a supvr threatened me in 2017 who sat right in front of me,, police reports I filed are with Office Of Legal affairs, filed in Feb-March 2017. Sgt Thomas requested/suggested that the offending worker should be relocated, which was not acted upon until over a year later when the entire site had to relocate. This offending supervisor, Mr. Agwuncha voiced his aversion to

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| **7-26-19** <br> *Date*          Mary Harris <br> *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 520-2019-04674 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

deodorant, perfume, ringing telephone, my voice etc, however, he could have visitors all day from the lower floors in the building, and file complaints on me regarding loud music he claimed coming from me when he had been dancing in the middle of the floor to his sound machine. To my knowledge, he received no such write up. He was aware that the director has a dislike for me., yet I was written up for having what was termed as an unauthorized visitor,Miss Miller, who is a food stamps worker who came to inquire of me what is the home care process for her loved one. The directoir has sent a Miss Gair to myself and Mr. Block, for assistance, Gair is a case manager in Greenwood HASA, needed assistance with her medicaid issue, for her husband who reportedly has castastrophic medical problems.. I have assisted her on many occasions when she was referred to me, by CASA director.

 Mr. Gibbs, union rep of local 371 and board member, has insulted my African hair do, 2016 and 2017 when I wrote it up, the CASA director claimed that he was just kidding. He told lies early on when I made it clear that he should not be selling food on the premises, he of course convinced all union reps at the location, that I was a menace, he is apparently  a very good friend of the director. Informing the director was fruitless, she claimed he was kidding, took no action to stop his behavior towards me nor spreading untrue gossip. When I was on better terms with the director, she indicated that Mr. Gibbs was helping her with problematic tenants in a brownstone that she owned in Bklyn because he lived nearby. Because of their close relationship, director took no action that I was made aware of with his negative behavior towards me that I was reporting to her.

 A union rep, alan Block, a peer supervisor III, notarized the disciplinary papers against me and was present when the director served them to me, which is not supposed to be happening, as she orchestrated the union rep to work in concert against me a union member who is paying dues for over 30 yrs.

 When I was served the demotion papers on 6-21-19, the director called the police to be present, even though I had never disrespected her or been unprofessional,nor showed any aggressive behavior towards her. I was given only a few minutes to gather my personal belongings, director claimed the remaining files would be forwarded to me, which I have not received, materials which I have not received contained many of the write ups from her, as the majority of write ups, she did not send to me by email gave to me m loudly and unprofessionally not privately, however, I responded to the write ups by email, and I do have those responses, and a number of her write ups.

CHARGE OF DISCRIMINATION:  DISABILITY   My director seemingly, deliberately assigned me to work in an area with no air conditioning, twice during 2018, negatively impacting on my health when

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **7-26-19** _____ Date       Mary Harris       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2019-04674 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

she received prior, current medical documentation that I suffer with heat exhaustion. She also wrote me up stating that I was sleeping on the job during this no ac period which was untrue, and I found very insulting but I remained professional. How can one sleep with nausea, hot flashes, dizziness, and chest discomfort. I was walking around most of the day back and for the to my assigned seat during my work, seeking coolness. Some of the more favored staff, younger staff such as Mr. Reese and Miss Smith-Bartley were seated near air conditioning units, director insisted in writing that I move away/stay away from an area with an ac unit when I went over to cool off because a supervisor, Mr. Reese did not want me in "his area.". Issue of no air conditioning was verified by OSHA and Labor Relations.

I was sent to the field in 2017 with a sick knee deliberately, because the director knew I had a mobility problem, trying to force me out, however, I attended the field as instructed.

Inundated with work, purposely because there was no way that one person could do all that work timely, I often stayed past my reported quitting time to finish assignments without pay or worked during my lunch hour which was proven at the trial.

I was written up for not attending a training, and written up in 2017 for attending a training.

Disciplinary charges were started against me while I was under employee assistance June 2017 attempting to get treatment for a medical issue (depression). My understanding is that one should not/ cannot be brought up on charges when one is under employee assistance. My director was given documentation June 2017, prior to the disciplinary charges being filed in November 2017 2017and afterwards in December 2017 that I was under employee assistance, seeking assistance again.

Forced to accept much verbal abuse and yelling from a peer supervisor III, Mr. Block and my director who chose not to resolve this behavior, to my detriment ,those unresolved behavior/ actions escalated my hypertension and depression. She also served me with write up, two at a time during 2018 at the front desk at 404 Pine Street in July 2018 approximately, alleging that I was unprofessional toward maintance staff when introduced, and insubordinate with respect to attending an audit meeting which I attended without documents that another supervisor III was instructed to give me for the meeting but declined to do so, declined to do so, so I attended the meeting during heat wave at last minute instruction, got written up, no write ups that I am aware of to my co workers who did not comply with giving me the audit documents for the meeting.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **7-26-19**      Mary Harris<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2019-04674 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

Due to the foregoing, I was discriminated against, and therefore I am requesting appropriate remedy such as restoration to my supervisor III title since my CASA director was not working in good faith with me, and any other financial compensation due to unequal treatment. I was compelled to report infractions at the location, because they negatively impacted on work flow such as commissioner cases, having to reassign work to more responsible case managers per directive. I reported infractions per the written policy and training several months prior to the unexpected disciplinary charges, and afterwards, since my director did not indicate a commitment to resolve. I am requesting WHISTLE BLOWER PROTECTION AS WELL which I did not get from oath trial, I am being punished while other younger, blatant infractors are getting away scot free. All of the charges against me are false and should be dismissed. I am requesting exploration/investigation of the discrimination matters I have aforementioned.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **7-26-19**     Mary Harris<br><br>*Date*        *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |