October 20, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020
```

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York  10007
(212) 805-0218
CronanNYSDChambers@nysd.uscourts.gov

      Re:      **Harris v. NYC Human Resources Administration, et al ,**
               **Civil Action No.:  20-cv-02011 (JPC)**

Dear Judge Cronan,

I am the pro se Plaintiff in the above case. Pursuant to Court rules, Plaintiff was required to file her response to the Defendant's Motion to Dismiss (filed September 30, 2020) by October 30, 2020. I am writing to request a 30-day extension to file my response. This is my first request for an extension.

I am requesting the extension because as a *pro se* plaintiff, I need additional time to consider and reply to Defendants' legal arguments. I have sought the assistance of the NYLAG office Pro Se Clinic of the Southern District. I contacted the City's attorney, Ms. Brittany Finder, and she refused to consent to the extension request unless NYLAG filed a notice of limited appearance, which I understand is not required for these purposes.

                                         Respectfully submitted,

                                         S/Mary L. Harris
                                         1005 Jerome Ave, Apt 53D
                                         Bronx, NY  10452
                                         (914) 683-9226

CC:    Brittany Jordan Finder, Esq.

Plaintiff's request is GRANTED. Plaintiff shall file any opposition to Defendants' motion to dismiss (Dkt. 19) by November 30, 2020.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.
Date: October 21, 2020
      New York, New York

                                         JOHN P. CRONAN
                                         United States District Judge