Brittany J. Finder
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARY L. HARRIS,

                       Plaintiff,

         – v –

NYC HUMAN RESOURCES ADMINISTRATION;
COMMISSIONER STEVEN BANKS; and CITY OF
NEW YORK,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER OF TERMINATION OF APPEARANCE OF BRITTANY J. FINDER, ESQ.**

No. 20-CV-02011-JPC

       I am a former Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants, City of New York, New York City Human Resources Administration, and Steven Banks, in the above-captioned action. I respectfully request, pursuant to Local Civil Rule 1.4, that the Court terminate my appearance as counsel for Defendants.

       The Office of the Corporation Counsel has represented Defendants throughout the pendency of this action and continues to do so. *See* ECF No. 34. I appeared in this action while an attorney in the Office of the Corporation Counsel by filing a Notice of Appearance on behalf of Defendants on September 1, 2020. *See* ECF No. 14. I am no longer affiliated with the Office of the Corporation Counsel and, as such, I no longer represent the defendants in this matter.

       This action is currently stayed pending resolution of Defendants' pre-answer motion to dismiss Plaintiff's complaint. The termination of my appearance will not affect the

posture of this action before the Court.  Accordingly, I respectfully request that my appearance in

this action be terminated.

Dated: New York, New York
      May 4, 2021

EPSTEIN BECKER & GREEN, P.C.

By:   /s/_____
      Brittany J. Finder
      Epstein Becker & Green, P.C.
      875 Third Avenue
      New York, NY 10022
      (212) 351-4500
      bfinder@ebglaw.com
      *Attorney Seeking to Terminate Appearance*

The Clerk of Court is respectfully directed to terminate Brittany J. Finder as counsel in this action.

**SO ORDERED**                    Dated:  May  6 , 2021

_____
JOHN P. CRONAN
United States District Judge