**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2023

**MARY L. HARRIS,**

                        **Plaintiff,**

        -against-

**NYC HUMAN RESOURCES**
**ADMINISTRATION, et al.,**

                     **Defendants.**

-----------------------------------------------------------------X

**20-CV-02011 (JPC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court held a conference on April 13, 2023, to discuss Plaintiff's request to conduct depositions, which was filed on the last day of discovery. In light of the discussion on the record, Plaintiff is directed to file a letter by April 21, 2023, indicating whether she is still seeking leave to conduct depositions after the close of discovery.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 13, 2023
              New York, New York