UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARY L. HARRIS,

                                **Plaintiff,**

               -against-                               20-CV-02011 (JPC)(SN)

**NYC HUMAN RESOURCES**
**ADMINISTRATION, et al.,**                          <u>**ORDER**</u>

                                **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 21, 2023, Plaintiff sent an e-mail to the Court's chambers regarding her case, without copying defendants' counsel. That email is attached to this Order. Communications with the Court can never be with only one party, and any request or application for relief must be filed on the Court's public docket. Plaintiff may do so by e-mailing documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov, mailing documents to the Thurgood Marshall Courthouse, 40 Foley Square, Pro Se Office, Room 105, New York, NY 10007, or personally delivering them to the Pro Se Office at the same location. Instructions on how to e-mail documents are at https://nysd.uscourts.gov/sites/default/files/pdf/covid-19/Notice%20-%20Pro%20Se%20Email.pdf. For additional information, Plaintiff is encouraged to call the Pro Se Intake Unit at 212-805-0175. Defendants may respond to Plaintiff's request to depose Mayor Eric Adams by May 2, 2023.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      April 25, 2023
                 New York, New York

**Mary Harris against NYC Human Resources Administration #20-CV-0211 (JPC)(SN)**

**Harris, Mary** <>

Fri 4/21/2023 3:46 PM

To: Netburn NYSD Chambers <Netburn_NYSDChambers@nysd.uscourts.gov>

**CAUTION - EXTERNAL:**

To: Honorable Judge Sarah Netburn
    US District Court
    Southern District Of New York

Regarding Deposition:

Since you have advised me of the costly fees and amounts I would have to expend such as $1,000.00 to $2,000.00 per person to engage in deposition, I have decided that perhaps I will take a deposition with only one individual currently:

      NYC Mayor Eric Adams

I thank you so very much, Judge Netburn for your explanation and consieration regarding this matter, appreciate it. I hope this letter is sufficient, please let me know whether this is acceptable.

From Mary Harris  s/l
1005 Jerome Avenue D53
Bronx, New York   10452
(917)683-9226

Mary Harris, Supervisor II
Greenwood Center

88 Third Avenue, 2nd Floor
Brooklyn, New York  11217
(929)221-0404

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.