**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**MARY L. HARRIS,**

                                                    **Plaintiff,**

                    -against-                                                          **20-CV-02011 (JPC)(SN)**

**NYC HUMAN RESOURCES**
**ADMINISTRATION, et al.,**                                                            **ORDER**

                                                    **Defendants.**
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/2023

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff's opposition to Defendants' motion for summary judgment was due by October

23, 2023. ECF No. 90. To date, no such opposition has been filed. Accordingly, Plaintiff is

ordered to file opposition by November 7, 2023. If, by that date, Plaintiff still has not filed any

response to Defendants' motion, the Court will consider the motion fully briefed and ready for

decision. If Plaintiff does file opposition, Defendants' reply will be due 14 days later.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        October 24, 2023
              New York, New York