UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARY L. HARRIS,

                      **Plaintiff,**                          20-CV-02011 (JPC)(SN)

     -against-                                  **ORDER**

CITY OF NEW YORK,

                      **Defendant.**
----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On Friday, March 29, 2024, the Court granted in part and denied in part Defendant's motion for summary judgment. ECF No. 117. The parties are ORDERED to meet and confer, by April 9, 2024, to discuss whether a settlement conference would be productive at this time. If the parties believe a settlement conference would be productive, they should email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with both parties on the email.

In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 1, 2024
                New York, New York