```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MARY L. HARRIS,                                                  :
                                                                 :
                              Plaintiff,                         :
                                                                 :        20 Civ. 2011 (JPC)
               -v-                                               :
                                                                 :              ORDER
CITY OF NEW YORK,                                                :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 16, 2024, the Court issued an Order directing Defendant to advise the Court by May 22, 2024 whether it consents to Plaintiff's proposed redactions to her Opposition, Dkt. 100, by emailing the Court at CronanNYSDChambers@nysd.uscourts.gov.  *See* Dkt. 120 at 1.  The Court has yet to receive any response from Defendant.  Accordingly, Defendant is ordered to email the Court with this information by 5:00 p.m. on May 30, 2024.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated: May 28, 2024
       New York, New York                         _____
                                                           JOHN P. CRONAN
                                                     United States District Judge