```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARY L. HARRIS,                                                        :
                                                                       :
                            Plaintiff,                                 :
                                                                       :            20 Civ. 2011 (JPC)
            -v-                                                        :
                                                                       :                 ORDER
CITY OF NEW YORK,                                                      :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The City shall file its proposed redactions to Plaintiff's Opposition, Dkt. 100, by June 14, 2024. The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: May 28, 2024  
      New York, New York

                                                        JOHN P. CRONAN  
                                                 United States District Judge