UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                  :
MARY L. HARRIS,                 :
                  :
        Plaintiff,       :
                  :    20 Civ. 2011 (JPC)
    -v-            :
                  :    ORDER
CITY OF NEW YORK,      :
                  :
        Defendant.     :
                  :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As the parties are aware, trial in this matter is scheduled to commence on December 16, 2024. Plaintiff, who is proceeding *pro se*, may be able to avail herself of the Court's *pro bono* program, through which an attorney would represent her at trial at no cost to her. *See* https://nysd.uscourts.gov/attorney/probono. If Plaintiff is interested in the Court attempting to locate counsel to represent her at trial through this program, she is directed to write a letter so informing the Court by August 12, 2024. The Court notes that it cannot guarantee that it will be able to find counsel to represent Plaintiff on a *pro bono* basis, even if she makes this request.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: August 5, 2024
      New York, New York

                                                    _____
                                                         JOHN P. CRONAN
                                                 United States District Judge