UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------- x

MARY L. HARRIS,                              :

               Plaintiff,        :

                    v.        :        1:20-cv-02011-JPC-SN

CITY OF NEW YORK,                            :

            Defendant.        :

--------------------------------------------- x

## <u>PROPOSED ORDER – WITHDRAWAL OF COUNSEL</u>

      The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendant City of New York, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated:  New York, New York
        October 18, 2024

               PADUANO & WEINTRAUB LLP

               By: /s/ Angela M. Wanslow_____
                  Angela M. Wanslow
               1251 Avenue of the Americas
               Ninth Floor
               New York, New York 10020
               (212) 785-9100
               amw@pwlawyers.com

The request is granted.  The Clerk of Court is respectfully directed to terminate Ms. Wanslow's participation in this matter.

SO ORDERED.
Date: October 18, 2024
New York, New York

JOHN P. CRONAN
United States District Judge