```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MARY L. HARRIS,                                                  :
                                                                 :
                               Plaintiff,                        :
                                                                 :    20 Civ. 2011 (JPC)
                -v-                                              :
                                                                 :           ORDER
CITY OF NEW YORK,                                                :
                                                                 :
                               Defendant.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     Trial in this matter is set to commence on December 16, 2024. On November 13, 2024, the Court received an email from Plaintiff Mary Harris seeking an adjournment of the trial for at least sixty days, which is attached as Exhibit A to this Order. Plaintiff's email, however, was not sent to Defendant City of New York, nor did it reflect Defendant's position on the adjournment request. Defendant is directed to file a letter by November 26, 2024 with its position on Plaintiff's request for a trial adjournment.

     SO ORDERED.

Dated: November 22, 2024  
       New York, New York

                                                    JOHN P. CRONAN  
                                                    United States District Judge