UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARY L. HARRIS,                                                        :
                                                                       :
                          Plaintiff,                                   :
                                                                       :    20 Civ. 2011 (JPC)
        -v-                                                            :
                                                                       :    ORDER
CITY OF NEW YORK,                                                      :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The trial scheduled for December 16, 2024 is adjourned *sine die*. The parties remain ordered to attend an in-person conference on December 9, 2024, in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. At that time, the Court and parties will discuss a new date for trial. The Court vacates in part the April 16, 2024 Pretrial Order, Dkt. 120, insofar as the Defendant is relieved of its obligation to bring a thumb drive with pre-marked trial exhibits to the December 9, 2024 conference.

       The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

       SO ORDERED.

Dated: November 25, 2024
       New York, New York

                                                 JOHN P. CRONAN
                                              United States District Judge