UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                              :

MARY L. HARRIS,                                      :

                        Plaintiff,                         :

                                             :              20 Civ. 2011 (JPC)
          -v-                                   :

                                             :              <u>ORDER</u>
CITY OF NEW YORK,                         :

                      Defendant.                      :

                                             :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court thanks the parties for their joint letter of January 3, 2025. Dkt. 157. Trial in this matter is scheduled to begin on May 19, 2025. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      In accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases, by March 9, 2025, the parties shall jointly file a pretrial statement, proposed *voir dire* questions for prospective jurors, a proposed jury charge, and a proposed verdict form. Any motions *in limine* or pretrial memorandum of law are due by April 4, 2025. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by April 25, 2025.

      The parties shall appear for a final pretrial conference on May 12, 2025, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel. The parties shall provide the Court with thumb drives containing electronic copies of all intended exhibits by May 15, 2025. Unless otherwise ordered, the parties shall not submit hard copies of their exhibits.

      In light of the appearance of counsel for Plaintiff and the schedule set forth in this Order,

Defendant's pending motion *in limine*, Dkt. 142, is denied without prejudice to refiling after conferring with Plaintiff's counsel to attempt to resolve any disputes. The Clerk of Court is respectfully directed to close Docket Number 142.

    SO ORDERED.

Dated: January 6, 2025
       New York, New York

                                                  JOHN P. CRONAN
                                       United States District Judge