```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARY L. HARRIS,

                       **Plaintiff,**                20-CV-02011 (JPC)(SN)

     -against-                                      <u>**ORDER**</u>

CITY OF NEW YORK,

                       **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     In light of the May 19, 2025 trial, the parties are directed to immediately email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with their availability for a settlement conference on April 30, 2025, or during the week of May 5, 2025. The Court generally schedules settlement conferences to begin at 10:00 a.m. or 2:00 p.m.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     April 24, 2025
               New York, New York