**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/6/2025____
```

**MARY L. HARRIS,**

                         **Plaintiff,**

              -against-

**CITY OF NEW YORK,**

                        **Defendant.**

------------------------------------------------------------------X

                        **20-CV-02011 (JPC)(SN)**

                           **<u>ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are directed to meet and confer whether a conference would be productive at this time. If so, the parties are directed to contact Courtroom Deputy Diljah Shaw by email at Diljah_shaw@nysd.uscourts.gov to schedule a conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 6, 2025
             New York, New York