UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARY L. HARRIS,

                                           Plaintiff,

                – against –

CITY OF NEW YORK,

                                           Defendant.

------------------------------------------------------------------- x

**SETTLEMENT AGREEMENT**

20-cv-2011 (JPC) (SN)

      **WHEREAS,** Plaintiff Mary Harris commenced the above-captioned action by filing a Complaint on March 5, 2020 in the United States District Court for the Southern District of New York against Defendants the City of New York ("City"), the New York City Human Resources Administration ("HRA"), and Joyce Roberson- Steele)[1]; and

      **WHEREAS,** Plaintiff amended her Complaint on April 30, 2020, July 27, 2020, and October 26, 2021; and

      **WHEREAS,** on March 29, 2024, Defendant's motion for summary judgment was granted in part, leaving solely claims of disability discrimination and failure to accommodate claims based on arthritis under the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 et seq.; Section 504 of the Rehabilitation Act of 1973 ("Rehabilitation Act"), 29 U.S.C. § 794; the New York State Human Rights Law ("NYSHRL"), N.Y. Exec. Law § 296; and the New York City Human Rights Law ("NYCHRL"), N.Y.C. Admin. Code §§ 8-101 et seq.; age discrimination under the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621 et seq, NYSHRL and NYCHRL; and of hostile work under the NYCHRL; and

---

[1] The New York City Human Resources Administration and Joyce Robinson-Steele, whose correct name is Joyce Roberson-Steele, were dismissed from this action.

**WHEREAS,** Defendant denies the truth of Plaintiff's allegations and all liability arising out of Plaintiff's allegations; and

**WHEREAS,** no party is an infant or incompetent for whom a committee has been appointed and there is no person not a party who has any interest in the subject matter of this action; and

**WHEREAS,** Plaintiff and Defendant now desire to resolve the issues raised in this action without further proceedings and without admitting any fault or liability; and

**WHEREAS,** in conjunction with this Settlement Agreement, the parties are executing a Stipulation discontinuing and dismissing this action with prejudice;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, as represented below, as follows:

1. The above-captioned action is settled and is hereby withdrawn, discontinued, and dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "3" below. A Stipulation of Voluntary Dismissal with Prejudice, in the form annexed hereto as Exhibit "A," shall be executed by Plaintiff and Defendant and filed with the Court by Defendant's counsel without further notice or process.

2. Plaintiff hereby agrees to discontinue this action and to dismiss all claims asserted in this action with prejudice, and without costs, expenses, or fees, and to release the City, HRA, Joyce Roberson-Steele, all present or former officials, officers, employees, representatives, insurers, affiliates, affiliate employees, or agents of the HRA and/or the City, any or all of them, and their successors and/or assigns (collectively, the "Released Parties") from any and all claims, liabilities, and/or causes of action that Plaintiff has or may have against any or all of the Released Parties based on any act, omission, event, or occurrence occurring from the beginning of the world

up through and including the date hereof, whether known or unknown, including, without limitation, any and all claims, liabilities, and/or causes of action that were or could have been alleged by Plaintiff in this action, including all claims for costs, expenses, and attorneys' fees.

3. In consideration for the actions set forth in Paragraphs "1" and "2" above, the City agrees to pay Plaintiff the gross total sum of two hundred and fifty thousand dollars ($250,000.00) ("the Settlement Amount") in full satisfaction of any and all claims that were or could have been raised in this action, including claims for costs, expenses and attorneys' fees.  Plaintiff waives any and all rights to any additional amounts from the Released Parties. The Settlement Amount shall be made payable by one check to "Mary L. Harris," and mailed to the attention of Vincent-Alexandre Fournier, Law Office of Kirkland and Ellis, 601 Lexington Avenue, New York, NY 10022.  The parties agree that any and all tax liabilities for the Settlement Amount will be the sole responsibility of Plaintiff.

4. Plaintiff shall execute and deliver to Defendant's attorney all documents necessary to effect this settlement, including, without limitation, a Stipulation of Voluntary Dismissal with Prejudice, in the form annexed hereto as Exhibit "A," a Waiver and General Release, in the form annexed hereto as Exhibit "B," an Affidavit Concerning Liens, in the form annexed hereto as Exhibit "C," and a City of New York Substitute Form W-9, a copy of which is annexed hereto as Exhibit "D" executed by Plaintiff.

5. Nothing contained herein or in the Waiver and General Release shall be deemed to be an admission by Defendant or any of the present or former officials, employees, representatives, affiliates, affiliate employees, and agents of the City and/or the HRA, or any or all of the Released Parties, of the truth of any of the allegations contained in the Complaint, or an admission that Defendant or any of the present or former officials, employees, representatives, affiliates, affiliate

employees, and agents of the City and/or the HRA, or any of the Released Parties, have in any manner or way violated Plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules, or regulations of the United States, the State of New York, the City, or the HRA, or any other rules, regulations, or bylaws of the City or the HRA.

6. Nothing contained herein shall be deemed to constitute a policy or practice of the City, the HRA, or any or all of the Released Parties, or any or all of them.

7. This Settlement Agreement shall not be admissible in, nor is it related to, any other litigation, arbitration, or settlement negotiations.

8. Plaintiff and Defendant have participated in the drafting and negotiation of the terms of this Settlement Agreement and Waiver and General Release, and for all purposes they shall be deemed to have been drafted jointly by those parties.

9. Plaintiff acknowledges that she has read the Settlement Agreement and Waiver and General Release, knows their contents, and understands their terms and provisions, and that she has signed the same of his own volition.  Plaintiff further acknowledges that she has consulted with her attorneys at Kirkland & Ellis, LLP, prior to signing the Settlement Agreement and Waiver and General Release and voluntarily signs these documents, without duress, coercion, or undue influence.

10. Plaintiff and Defendant represent that they have determined that this settlement is fair and reasonable under all the circumstances and that this determination has been based upon their independent judgment after having the opportunity to consult with legal counsel of their choosing and at their own expense and that, in making this determination, they have had an adequate opportunity to discuss and assess the merits of all their claims, potential claims, and defenses.  Plaintiff and Defendant further agree that no fact, event, evidence, circumstance, or

transaction relating directly or indirectly to the disputes, or which could have been asserted in connection with this action, or which may thereafter be discovered, shall in any manner affect the final and unconditional nature of the settlement.

11. This Settlement Agreement and Waiver and General Release and any other document executed by Plaintiff and Defendant hereto in furtherance of the purposes of this Settlement Agreement and Waiver and General Release shall be governed by, interpreted, and enforced in accordance with the laws of the State of New York.

12. This Settlement Agreement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time, nor any written agreement entered into prior to the execution of this Settlement Agreement regarding the subject matter of this action shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

13. This Settlement Agreement and Waiver and General Release may be executed in counterparts, each of which shall be deemed an original, but all of which, taken together, shall constitute one and the same agreement, and shall be deemed fully executed when each party has received at least one counterpart executed by any party.  A facsimile or .pdf copy of this agreement shall have the same force and effect as the original.  Photocopies, faxed, or scanned images of signatures shall be sufficient to bind such party to the terms of this Settlement Agreement.  Plaintiff shall provide his original signature on the Settlement Agreement and Waiver and General Release.

Dated: New York, New York
July 10, 2025

| **KIRKLAND &ELLIS, LLP.** | **MURIEL GOODE-TRUFANT** |
|---|---|
| | Corporation Counsel of the City of New York |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 601 Lexington Avenue | 100 Church Street |
| New York, New York 10022 | New York, New York 10007 |
| (212) 446-4800 | *(212) 356-3177* |
| bob.allen@kirkland.com | dealexan@law.nyc.gov |

By: _____
Robert W. Allen, P.C.

By: *Desiree Alexander*
Desiree Alexander
Assistant Corporation Counsel

**AGREED TO BY MARY L. HARRIS, PLAINTIFF:**

_____        7-13-25
Mary L. Harris                                         Dated

6

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARY L. HARRIS

                 Plaintiff,

- against -

THE CITY OF NEW YORK,

                 Defendant.
------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

20-cv-2011 (JPC) (SN)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby withdrawn, discontinued, and dismissed, with prejudice, and without any costs, fees, or disbursements to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and that faxed or electronic signatures shall be deemed original signatures.

Dated: New York, New York
        July 10, 2025

**KIRKLAND & ELLIS, LLP.**

*Attorney for Plaintiff*
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
bob.allen@kirkland.com

By: _____
       Robert W. Allen, P.C.

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
*Attorney for Defendant*
*100 Church Street*
*New York, New York 10007*
*(212) 356-3177*
dealexan@law.nyc.gov

By: _____
       Desiree Alexander
       Assistant Corporation Counsel

# EXHIBIT B

## WAIVER AND GENERAL RELEASE

**KNOW THAT I, MARY L. HARRIS**, the Plaintiff in the action entitled *Harris v. City of New York* Civil Action No. 1:20-cv-2011-JPC-SN, brought in the United States District Court, Southern District of New York ("the Action"), in consideration of the payment made to me by the City of New York of two hundred and fifty thousand dollars ($250,000.00), which payment is specifically inclusive of all attorneys' fees, costs, expenses, and disbursements in the Action as set forth in the terms and conditions in the accompanying Settlement Agreement, do hereby release and discharge Defendant City of New York, the Human Resources Administration ("HRA"), their successors and/or assigns, Joyce Roberson-Steele, and all present or former officials, officers, employees, representatives, insurers, affiliates, affiliate employees, and agents of the City and/or the HRA, and their successors and/or assigns (collectively, the "Released Parties"), from any and all claims, liabilities, and/or causes of action that I have or may have against any or all of the Released Parties based on any act, omission, event, or occurrence occurring from the beginning of the world up through and including the date hereof, including, without limitation, any and all claims that were or could have been alleged by me in the Action, including all claims for attorneys' fees and costs.

This release may not be changed, modified or revoked orally.

By executing this General Waiver and Release ("Release") I acknowledge that in accordance with the Older Workers Benefit Protection Act (29 U.S.C. § 626), (i) I enter into this Release voluntarily and with full understanding and knowledge of its consequences; (ii) I have been advised to consult with an attorney before executing this Release and have done so; (iii) I have been provided with at least a twenty-one (21) day period to review and consider whether to sign this Release; and (iv) I have been advised that I have seven (7) days following my execution to revoke it (the "Revocation Period"). This Release will not be effective and enforceable until

the Revocation Period has expired. Such revocation shall only be effective if an originally executed written notice of revocation is delivered to defendant's counsel on or before 5:00 p.m. on the seventh day after plaintiff's execution of this Release. If so revoked, this Release shall be deemed to be void ab initio and have no force or effect.

**THE UNDERSIGNED HAS READ THE FOREGOING WAIVER AND GENERAL RELEASE, FULLY UNDERSTANDS IT, AND AGREES TO ITS TERMS.**

IN WITNESS THEREOF, I have executed this Waiver and General Release this 13th day of July, 2025.

_____
MARY L. HARRIS

On the 13 day of July, 2025, to me known, and known to me to be the individual described in, and who executed the foregoing WAIVER AND GENERAL RELEASE, and duly acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

ALLISON WENDELL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01WE0017871
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 12/05/2027

2

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

MARY L. HARRIS

                               Plaintiff,

- against -

THE CITY OF NEW YORK,

                                        Defendant.
------------------------------------------------------------------ x

**AFFIDAVIT CONCERNING LIENS**

Case No. 20-cv-2011 (JPC) (SN)

STATE OF New York } 
                              } ss
COUNTY OF Bronx }

**MARY L. HARRIS**, being duly sworn, deposes and says:

1. I am over eighteen years of age, am the Plaintiff herein, and make this Affidavit in connection with the settlement of this action. My home address is ▮▮▮ 10452 Bronx. My date of birth is ▮▮▮ -50. My Social Security number is ▮▮▮ 3371.

2. The City of New York has no outstanding bills or liens against me or my property for treatment received at a New York City Health and Hospitals Corporation facility, nor for the receipt of Workers' Compensation or New York State Disability Benefits in relation to any of the events underlying this action.

3. The City of New York has no outstanding bills or liens against me or my property for obligations owed for Parking Violations.

4. I have never been a recipient of public assistance from the New York City Department of Social Services. I do not owe child support.

5. No tax obligation or judgment is owed by me to the City of New York.

_____
MARY L. HARRIS

On the __13__ day of __July__, 2025, to me known, and known to me to be the individual described in, and who executed the foregoing AFFIDAVIT CONCERNING LIENS, and duly acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

ALLISON WENDELL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01WE0017871
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 12/05/2027

2

# EXHIBIT D

**THE CITY OF NEW YORK**
**SUBSTITUTE FORM W-9:**
**REQUEST FOR TAXPAYER IDENTIFICATION NUMBER & CERTIFICATION**

DO NOT SUBMIT TO THE IRS - SUBMIT FORM TO THE NEW YORK CITY AGENCY
10/14 REVISION

NYC FMS

TYPE OR PRINT INFORMATION NEATLY. PLEASE REFER TO INSTRUCTIONS FOR MORE INFORMATION.

## Part I: Vendor Information

1. Legal Business Name: (As it appears on IRS EIN records, IRS Letter CP575, IRS Letter 147C -or- Social Security Administration Records, Social Security Card)

   Mary L. Harris

2. If you use DBA, please list below:

3. Entity Type (Check one only):
   - [ ] Non-Profit Corporation
   - [ ] Corporation/LLC
   - [ ] Government
   - [ ] Church or Church-Controlled Organization
   - [x] City of New York Employee
   - [ ] Individual/Sole Proprietor
   - [ ] Personal Service Corporation
   - [ ] Trust
   - [ ] Joint Venture
   - [ ] Partnership/LLC
   - [ ] Single Member LLC (Individual)
   - [ ] Resident/Non-Resident Alien
   - [ ] Non-United States Business Entity
   - [ ] Estate

## Part II: Taxpayer Identification Number & Taxpayer Identification Type

1. Enter your TIN here: (DO NOT USE DASHES)  [REDACTED] 3 3 7 1

2. Taxpayer Identification Type (check appropriate box):
   - [ ] Employer ID Number (EIN)
   - [x] Social Security Number (SSN)
   - [ ] Individual Taxpayer ID Number (ITIN)
   - [ ] N/A (Non-United States Business Entity)

## Part III: Vendor Addresses

1. 1099 Address: [REDACTED] Bronx, NY 10452
2. Account Administrator Address: [REDACTED] Bronx, NY 10452
3. Billing, Ordering & Payment Address: [REDACTED] Bronx, NY 10452

## Part IV: Exemption from Backup Withholding and FATCA Reporting (See Instructions)

Exemption Code for Backup Withholding _____
Exemption Code for FATCA Reporting _____

## Part V: Certification

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. I am not subject to Backup Withholding because: (a) I am exempt from Backup Withholding, or (b) I have not been notified by the IRS that I am subject to Backup Withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to Backup Withholding, and
3. I am a US citizen or other US person, and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Sign Here: Mary L. Harris   Phone: (917) 683-9226   Date: 7-13-25
Print Preparer's Name: Mary L. Harris   Phone: (917) 683-9226   Date: 7-13-25
Contact's E-Mail Address: _____

### FOR SUBMITTING AGENCY USE ONLY

Submitting Agency Code: ____
Contact Person: ____
Contact's E-Mail Address: ____
Telephone Number: ( ) ____
Payee/Vendor Code: ____

DO NOT FORWARD W-9 TO COMPTROLLER'S OFFICE. AGENCIES MUST ATTACH COMPLETED W-9 FORMS TO THEIR FMS DOCUMENTS.

# The City of New York
# Substitute Form W-9 Instructions

---

The City of New York, like all organizations that file an information return with the IRS, must obtain your correct Taxpayer Identification Number (TIN) to report income paid to you or your organization.  The City uses Substitute Form W-9 to obtain certification of your TIN in order to ensure accuracy of information contained in its payee/vendor database and to avoid Backup Withholding as mandated by the IRS.* We ask for the information on the Substitute Form W-9 to carry out the Internal Revenue laws of the United States (Rev. Proc. 84-65 §11.01). You are required to give us the information.

Any vendor or other payee who wishes to do business with the City of New York must complete the Substitute Form W-9.

<u>Part I: Vendor Information</u>
1. **Legal Business Name:** An organization should enter the name in IRS records, IRS Letter CP575 or IRS Letter 147C. For individuals, enter the name of the person who will do business with the City of New York as it appears on the Social Security card, or other required Federal tax documents.  *Do not abbreviate names.*
2. **DBA (Doing Business As):** Enter your DBA in designated line, if applicable.
3. *.*  **Entity Type:** Mark the Entity Type of the individual or organization that will do business with the City of New York.

<u>Part II: Taxpayer Identification Number and Taxpayer Identification Type</u>
1. **Taxpayer Identification Number:** Enter your nine-digit TIN.  See the table and Special Note below for instructions on the type of taxpayer number you should report.
2. **Taxpayer Identification Type:** Mark the appropriate option.
   The following table gives the Taxpayer Identification Type that is appropriate for each Entity Type.

| Entity Type | Taxpayer Identification Type |
|---|---|
| <ul><li>Church or Church-Controlled Organization</li><li>Personal Service Corporation</li><li>Non-Profit Corporation</li><li>Corporation / LLC</li><li>Government</li><li>Individual/Sole Proprietor *who has employees other than him or herself*</li><li>Trust</li><li>Joint Venture</li><li>Partnership / LLC</li><li>Single Member LLC *who has employees other than him or herself*</li><li>Estate</li></ul> | Employer Identification Number |
| <ul><li>City of New York Employee</li><li>Individual/Sole Proprietor *who does not have employees other than him or herself*</li><li>Single Member LLC *who does not have employees other than him or herself*</li></ul> | Social Security Number |
| Resident Alien/Non-Resident | Individual Tax Identification Number |
| Non-United States Business Entity | N/A |
| Custodian account of a minor | The minor's Social Security Number |

<u>Part III: Vendor Addresses</u>
1.  List the locations for tax reporting purposes, administrative and where payments should be delivered.

<u>Part IV: Backup Withholding and FATCA Exemptions</u>
If you are exempt from Backup Withholding and/or FATCA reporting, enter in the Exemptions box, any code(s) that may apply to you.

**Backup Withholding Exemption Codes:** Generally, Individuals (including Sole Proprietors) are not exempt from Backup Withholding.  Additionally, Corporations are not exempt from Backup Withholding when supplying legal or medical services.  *If you do not fall under the categories below, leave this field blank.*

The following codes identify payees that are exempt from Backup Withholding:
**1:**    An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)
**2:**    The United States or any of its agencies or instrumentalities

---

* Backup Withholding -      According to IRS Regulations, ACS must withhold 28% of all payments if a vendor or payee fails to provide ACS its certified TIN. The Substitute Form W-9 certifies a vendor/payee's TIN.

**The City of New York**
**Substitute Form W-9 Instructions**

---

**3:** A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or Instrumentalities

**4:** A foreign government or any of its political subdivisions, agencies, or instrumentalities

**5:** A corporation

**6:** A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States

**7:** A futures commission merchant registered with the Commodity Futures Trading Commission

**8:** A real estate investment trust

**9:** An entity registered at all times during the tax year under the Investment Company Act of 1940

**10:** A common trust fund operated by a bank under section 584(a)

**11:** A financial institution

**12:** A middleman known in the investment community as a nominee or custodian

**13:** A trust exempt from tax under section 664 or described in section 4947

**FATCA Exemption Codes:** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. *If you are only submitting this form for an account you hold in the United States, leave this field blank.*

The following codes identify payees that are exempt from FATCA Reporting:

**A:** An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

**B:** The United States or any of its agencies or instrumentalities

**C:** A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities

**D:** A corporation the stock of which is regularly traded on one or more established securities markets, as described in Reg. section 1.1472-1(c)(1)(i)

**E:** A corporation that is a member of the same expanded affiliated group as a corporation described in Reg. section 1.1472-1(c)(1)(i)

**F:** A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

**G:** A real estate investment trust

**H:** A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

**I:** A common trust fund as defined in section 584(a)

**J:** A bank as defined in section 581

**K:** A broker

**L:** A trust exempt from tax under section 664 or described in section 4947(a)(1)

**M:** A tax exempt trust under a section 403(b) plan or section 457(g) plan

<u>**Part V: Certification**</u>
Please sign and date form in appropriate space. Provide preparer's name, telephone number, and e-mail address. Preparer should be employed by organization.

\* Backup Withholding -   According to IRS Regulations, ACS must withhold 28% of all payments if a vendor or payee fails to provide ACS its certified TIN. The Substitute Form W-9 certifies a vendor/payee's TIN.